UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

                                                    CASE NO.: 16-19106-RBR

JOSEPH D. ARTERBERRY, SR., and             Chapter 13
CASSANDRA TALLEY-ARTERBERRY,

       Debtors. _____/

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM**

      This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

      If you disagree with the objection or recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

      If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

      The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

      Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtors object to the following claim filed in this case:

| Claim No. | Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 1 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | $1,200.00 | <u>Objection</u>: This claim is filed as an estimate for payroll and unemployment taxes wherein the Debtor operates a part-time business as a sole-proprietor. The Debtor has no employees. As such, there are no payroll or unemployment taxes due.<br><u>Recommended Disposition</u>: This claim should be stricken in full. |

Dated: July 13, 2016.

                                                **The McCue Law Firm, P.A.**
                                                Attorneys for Debtors
                                                1600 South Federal Highway, Suite 451
                                                Pompano Beach, Florida 33062
                                                Telephone: 954-267-9377
                                                Facsimile: 877-810-6181

                                                By<u>: /s/ Christian A. McCue, Esq.</u>
                                                    Florida Bar No.: 0059528
                                                    Christian.McCue@McCueLaw.com